No. 1,674.—CLARK et al., Respondents, *v.* GRAND OPERA HOUSE CO. et al., Appellants.

*Appeal from District Court, Silver Bow County; H. C. Smith, Judge.*

Decided October 14, 1903.

Per Curiam.—This cause having been set for hearing this day, and it appearing that no briefs have been filed herein; it is ordered that this appeal be and the same is hereby dismissed.

*Mr. Charles O'Donnell,* and *Mr. J. L. Wines,* for Appellants.